**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| NICHOLAS MAESTAS, | ) | 3:10-CV-0585-HDM (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 25, 2011 |
| | ) | |
| LEGRAND, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants' motion to strike (#24) is **GRANTED**.  The Clerk shall **STRIKE** plaintiff's request for discovery (#21) from the docket.  Pursuant to the Local Rules of Civil Practice, Rule 26-8, interrogatories, responses, requests for production and admission, and proofs of service shall not be filed unless ordered by the court.  Additionally, discovery has not commenced in this case because the court has not issued a scheduling order and will not do so until after the motion to dismiss has been decided.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:                    /s/
            Deputy Clerk