# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| NICHOLAS MAESTAS, | ) | 3:10-CV-0585-HDM (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | December 5, 2011 |
| LEGRAND, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a reply to defendants' reply to opposition to motion to dismiss (#30). Defendants moved to strike (#32) this document. Plaintiff responded to the motion to strike by withdrawing this second reply (#34). Therefore,

**IT IS ORDERED** that plaintiff's reply to defendants' reply (#30) is hereby deemed **WITHDRAWN**. Defendants' motion to strike (#32) is **DENIED as moot.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:            /s/
            Deputy Clerk