**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| NICHOLAS V. MAESTAS, | ) | 3:10-cv-00585-HDM-VPC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| ROBERT LEGRAND, et al., | ) | |
| Defendants. | ) | |

Fed. R. Civ. P. 4(m) permits a court to dismiss a plaintiff's claims, on its own initiative after notice to the plaintiff, for failure to serve a summons on a defendant within 120 days after filing the complaint. The complaint in this action was filed on March 31, 2011, but plaintiff has failed to serve defendant DeGoyler. On December 23, 2011, the court gave the plaintiff notice of its intent to dismiss for failure to timely serve. After this notice, plaintiff filed a motion to stay the action against DeGoyler. The court denied the motion on February 21, 2012.

Plaintiff has failed to serve defendant DeGoyler and has not

1

1 shown good cause to excuse the lack of service.  Accordingly,
2 plaintiff's claims against DeGoyler are **DISMISSED WITHOUT PREJUDICE**
3 and DeGoyler is hereby dismissed from this action.
4    **IT IS SO ORDERED.**
5    DATED: This 23rd day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE

2