UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| NICHOLAS MAESTAS, | ) | 3:10-CV-0585-HDM (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 12, 2012 |
| | ) | |
| ROBERT LEGRAND, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion for sanctions (#70) pursuant to Fed.R.Civ.P. 11. Defendants opposed the motion (#71), and plaintiff replied (#72). The court finds that plaintiff's motion for sanctions (#70) is without merit and, therefore, is **DENIED**.

   **IT IS SO ORDERED.**

                                LANCE S. WILSON, CLERK

                        By:          /s/
                                Deputy Clerk