CATHERINE CORTEZ MASTO
Attorney General
KAITLYN MILLER
Deputy Attorney General
Nevada Bar No. 11422
Bureau of Litigation
100 No. Carson St.
Carson City, NV  89701-4717
Tel: 775-684-1254

*Attorneys for Defendants
Travis Bennett, Bruce Harkreader,
Valaree Olivas, and Kirk Widmar*

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG - 2 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS V. MAESTAS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LeGRAND, et al.<br><br>　　　　　　Defendants | Case No.  3:10-cv-00585-HDM-VPC<br><br>**REQUEST TO RESET SETTLEMENT CONFERENCE** |

Defendants Travis Bennett, Bruce Harkreader, Valaree Olivas and Kirk Widmar, by and through counsel, Catherine Cortez Masto, Attorney General of the State of Nevada, and Kaitlyn Miller,  Deputy Attorney General, hereby request that the Settlement Conference, currently set for August 9, 2012, be moved to August 21, 2012 at 1:30 p.m. due to Defendants' Counsel's unavailability on August 9, 2012.

DATED this 31st day of July, 2012.

CATHERINE CORTEZ MASTO
Attorney General

By: _____
KAITLYN MILLER
Deputy Attorney General
Bureau of Litigation

*Attorneys for Defendants*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

DATED: August 2, 2012

1