1   CATHERINE CORTEZ MASTO
    Attorney General
2   KAITLYN MILLER
    Deputy Attorney General
3   Nevada Bar No. 11422
    Bureau of Litigation
4   100 No. Carson St.
    Carson City, NV  89701-4717
5   Tel: 775-684-1254

6   *Attorneys for Defendants*
    *Travis Bennett, Bruce Harkreader,*
7   *Valaree Olivas, and Kirk Widmar*

```
                    ┌─────────────────────────────────────┐
                    │ √ FILED        ____ RECEIVED        │
                    │   ____ ENTERED ____ SERVED ON       │
                    │        COUNSEL/PARTIES OF RECORD    │
                    │                                     │
                    │          AUG - 2 2012               │
                    │                                     │
                    │     CLERK US DISTRICT COURT         │
                    │       DISTRICT OF NEVADA            │
                    │ BY: _____ DEPUTY │
                    └─────────────────────────────────────┘
```

8                    **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10

11   NICHOLAS V. MAESTAS,                    )
                                             )   Case No.  3:10-cv-00585-HDM-VPC
12                   Plaintiff,              )
                                             )
13   v.                                      )   **REQUEST TO RESET SETTLEMENT**
                                             )   **CONFERENCE**
14   LeGRAND, et al.                         )
                                             )
15                   Defendants             )

16        Defendants  Travis  Bennett,  Bruce  Harkreader,  Valaree  Olivas  and  Kirk  Widmar,  by

17   and through counsel, Catherine Cortez Masto, Attorney General of the State of Nevada, and

18   Kaitlyn  Miller,   Deputy  Attorney  General,  hereby  request  that  the  Settlement  Conference,

19   currently set for August 9, 2012, be moved to August 21, 2012 at 1:30 p.m. due to Defendants'

20   Counsel's unavailability on August 9, 2012.

21        DATED this 31st day of July, 2012.

22                              CATHERINE CORTEZ MASTO
                                Attorney General
23

24                              By: *Kaitlyn Miller*

25                                  KAITLYN MILLER
                                    Deputy Attorney General
26                                  Bureau of Litigation

27                              *Attorneys for Defendants*

     IT IS SO ORDERED
28   *Valerie P. Cooke*
     U.S. MAGISTRATE JUDGE

Office of the
Attorney General      DATED: August 2, 30/L          1
100 N. Carson St.
Carson City, NV
89701-4717