**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

NICHOLAS MAESTAS,               )    3:10-cv-00585-HDM-VPC
                                )
         Plaintiff,             )
                                )    ORDER
vs.                             )
                                )
ROBERT LEGRAND, et al.,         )
                                )
         Defendants.            )
_____)

    The plaintiff has filed a motion to reconsider several rulings made by the magistrate judge during a hearing on the plaintiff's motion to compel conducted on June 22, 2012 (#75). Defendants have opposed (#78), and plaintiff has replied (#87).

    Pursuant to 28 U.S.C. § 636(b)(1), the magistrate judge may hear and determine many pretrial matters, including discovery motions. The district judge may reconsider magistrate judge rulings that are "clearly erroneous or contrary to law." *Id*. The court has reviewed the plaintiff's motion, the defendants' response and the plaintiff's reply, and concludes that neither the magistrate judge's rulings nor the conduct of the June 22, 2012, hearing was clearly erroneous or contrary to law. The court

1 further notes that under § 636(b)(1) the magistrate judge has the
2 authority to decide certain pretrial matters, including discovery
3 motions, regardless of the plaintiff's consent.  Accordingly,
4 plaintiff's motion for reconsideration of the magistrate judge's
5 discovery rulings (#75) is hereby **DENIED**.

**IT IS SO ORDERED**.

DATED: This 6th day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE